210 So.2d 54

### James and Glenda McKEAN
#### v.
### CARMAE CORPORATION, et al.

No. 49265.

May 17, 1968.

In re: James and Glenda McKean applying for writs of mandamus, prohibition, certiorari and review.

Writ refused. The injunctive relief sought is now moot.

■

210 So.2d 54

### ST. PAUL FIRE AND MARINE INSURANCE COMPANY
#### v.
### Clement RICHARD et al.

No. 49216.

May 17, 1968.

In re: St. Paul Fire and Marine Insurance Company applying for certiorari, or writ of review, to the Court of Appeal, Third Circuit, Parish of Acadia. 208 So.2d 35.

The application is denied. According to the facts of this case as found to be by the Court of Appeal the judgment complained of is correct.